UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by AP  D.C.
FEB 14 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Case No. _____

Andrew Burtschin   D.O.B. - 3-8-85
Plaintiff           Last 4 digits of S.S. # - 9803

V.

Ric Bradshaw
_____
_____
Defendants

A Complaint Under the Civil Rights Act, 42 U.S.C. § 1983

I. Parties
  A. Name of Plaintiff: Andrew Burtchin
     Inmate # 04-13220
     Address Palm Beach County Jail - PO BOX 24716
     West Palm Beach Florida 33416

  B. Defendant: Ric Bradshaw
     is employed as Sherriff at Palm Beach County Dept. of Corrections
     at 3228 Gun Club Rd West Palm Beach FL 33406

  C. Additional Defendants: _____
     _____
     _____
     _____

Page 1 of 2

cat/div 550/1983/WPB
Case # _____
Judge _____  Mag. White
Motn Ifp _____  Fee pd $ NO
Receipt # _____

## II. Statement of Claim

Palm Beach County Jail is enforcing a "POSTCARD ONLY" Mail Policy for incoming NON-LEGAL mail which prohibits Standard Rate envelopes containing handwritten letters, Family Photographs, or Holiday cards, Research material from the internet, and anything else that could be placed into a Standard Rate envelope by my Family or Friends and mailed to me to Read. This violates my First Amendment Rights as well as the Senders.

## III. Relief

I want the Court to grant Injunctive Relief.

## IV. Jury Demand — Do You Demand a Jury Trial? ☒ Yes ☐ No

Signed This __5th__ Day of __February__, 2013.

_____
Signature of Plaintiff

I Declare under Penalty of Perjury that the Foregoing is True and Correct.

Executed on __02-05-2013__

_____
Signature of Plaintiff

2 of 2